**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

FERNANDO MALDONADO,

Plaintiff,

26 **CIVIL** 4607

-v-

**JUDGMENT**

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 2, 2026, the Commissioner's decision hereby is reversed and this action is remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g). The parties further stipulate and agree that upon remand, the ALJ will be directed to offer Plaintiff the opportunity for a new hearing and issue a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). Based on the stipulation of the parties, final judgment is entered on the complaint in favor of plaintiff, reversing the final decision of the Commissioner.

**Dated:** New York, New York

November 5, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**